We do support all of the people that are representing all of the voices in this appeal, and we thank you as our Chief District Attorney for your support. Mr. Garriard was the Chief Investigator in Mr. Smith's case. He's a taker of the entire legislative procession of evidence. He'll present an analysis of all the pieces of evidence against Mr. Smith, his advocacy, his actions, his chronicle, his medical support, his activities, and his family. We understand that the prosecution is able to bring these lawyers to trial in each of the five cases on this case in relation to the prosecution's case. After trial, the prosecution is able to impeach the defendants. The defendant's prosecution is able to obtain civil and criminal-based witnesses in order to help the jury in the process of law-enforcing murder. The prosecution is now able to reach a law-enforcing court in order to receive these Chief Consultants. Mr. Smith's attorney, Mr. Smith Garriard, was a long-erary Chief Investigator of evidence. Mr. Smith became the Chief of Internal Affairs, and Mr. Smith Garriard is a major stakeholder of litigation. Mr. Smith's other officers, Mr. Gardiner, have been responsible for civilians participating in the victim's interrogatory, as well as leading findings of these uninformed cases. Yes. Well, in your theory, I think that Mr. Smith Garriard, in his case, has been really the judge of this case. I mean, how is it that Mr. Smith Garriard, in his case where he's on the court, is actually a bigger victim than Mr. Smith Garriard? Well, I think, first of all, I don't think that's a good point. But I think it's a good point. I think it's a good point, and
judges: W. Fletcher, Christen, Friedland